Form 19 - SECRETARY OF STATE  shirley

P342234

**ARNOLD &PORTER**   ARNOLD &PORTER
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
SWEET PEOPLE APPAREL. INC. D/B/A MISS ME
                                          PLAINTIFF
                     - against -

LAZEON CORP., ETAL
                                          DEFENDANT
------------------------------------------------------

index No. **14 CV 1647**
Date Filed

Office No.
**0021406.00002**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the **28TH** day of **MARCH, 2014** at **11:10 AM** at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS IN A CIVIL ACTION AND COMPLAINT**
UPON: **LAZEON CORP**
the **DEFENDANT** in this action, by delivering to and leaving with
**CHAD MATICE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00 . That said service was made pursuant to Section 306 BCL.

Deponent further describes the person actually served as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
APP.AGE: **30** APP. HT: **6/2** WEIGHT: **215**
OTHER IDENTIFYING FEATURES:


COMMENTS:


SWORN TO BEFORE ME THIS
02ND day of APRIL, 2014

MICHAEL ROTH
Notary Public, NEW YORK COUNTY
01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2016

STEVE AVERY
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-AP1-L-342234

Form 19 - SECRETARY OF STATE                                                shirley

**ARNOLD &PORTER**   ARNOLD &PORTER
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
SWEET PEOPLE APPAREL. INC. D/B/A MISS ME
                                                    PLAINTIFF
                         - against -
LAZEON CORP., ETAL
                                                    DEFENDANT
-------------------------------------------------------------

index No. **14 CV 1647**
Date Filed

Office No.
**0021406.00002**
Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the **28TH** day of **MARCH, 2014** at **11:10 AM** at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS IN A CIVIL ACTION AND COMPLAINT**
UPON: **LAZEON CORP**
the **DEFENDANT** in this action, by delivering to and leaving with
**CHAD MATICE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00 . That said service was made pursuant to Section 306 BCL.

Deponent further describes the person actually served as follows:

SEX: **MALE**   COLOR: **WHITE** HAIR: **BLACK**
APP.AGE: **30** APP. HT: **6/2** WEIGHT: **215**
OTHER IDENTIFYING FEATURES:


COMMENTS:


SWORN TO BEFORE ME THIS
02ND day of APRIL, 2014

MICHAEL ROTH
Notary Public, NEW YORK COUNTY
01RO6268665
Qualified in NEW YORK COUNTY
Commission Expires 09/17/2016

STEVE AVERY
inSync Litigation Support, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-AP1-L-342234