USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

SWEET PEOPLE APPAREL, INC.
d/b/a MISS ME,

          Plaintiff,

          - against -

LAZEON CORP., XYZ COMPANIES 1-10, and
JOHN AND JANE DOES 1-10,

          Defendants.

------------------------------------------------------------- x

Civil Action No. 14 Civ. 1647 (KMW)

## CLERK'S CERTIFICATE OF DEFAULT

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that a copy of the summons and complaint in this action, commenced on March 10, 2014, according to the proofs of service, was served on defendant Lazeon Corp. (the "Defaulting Defendant"), a corporation organized and existing under the laws of the State of New York, by personally serving an agent of the Secretary of State of the State of New York with two copies of said summons and complaint, and proof of such service thereof was filed on May 13, 2014.

I further certify that the docket entries indicate that the Defaulting Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the

Defaulting Defendant is hereby noted.

Dated: New York, New York
       May 14, 2014

                                      **Ruby J. Krajick**
                                      Clerk of the Court

                                By: _____
                                         Deputy Clerk

2