UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SWEET PEOPLE APPAREL, INC.

         Plaintiff,

-against-

LAZEON CORP., XYZ COMPANIES 1-10, and
JOHN AND JANE DOES 1-10.

         Defendants.
-------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/14

14-CV-1647 (KMW)

ORDER

KIMBA M. WOOD, U.S.D.J.:

    Plaintiff Sweet People Apparel, Inc. seeks a default judgment against Lazeon

Corporation, unknown companies ("XYZ Companies 1-10"), and unknown individuals ("John &

Jane Does 1-10") (collectively, "Defendants"), on its complaint alleging that Defendants violated

§ 501(a) of the Copyright Act by (1) willfully copying Plaintiff's copyrighted JG5498B Design,

and (2) manufacturing, importing, advertising, and selling products with the infringing design.

    The Court has reviewed Plaintiff's submissions and holds that Plaintiff has made

sufficient showing to warrant the entry of a permanent injunction. Accordingly,

1. Lazeon Corp. and all of those acting in concert with it, including agents and servants, and

    all those on notice of this suit, are hereby permanently enjoined from designing,

    manufacturing, importing, exporting, distributing, supplying, advertising, promoting,

    offering for sale and/or selling any products which bear the infringing design, or any

    other designs substantially similar in overall appearance to Plaintiff's JP5498B Design;

2. Lazeon is hereby ordered to recall all products, advertising, and promotional materials

    bearing the infringing design, and to deliver up to Plaintiff for destruction all such

products and materials, and any means of making such items, within fifteen (15) days

following the entry of this Order.

Although Plaintiff has also made a sufficient showing for a default judgment, the record

lacks any mention of (1) Defendants' gross revenues, (2) information concerning any deductible

expenses, and (3) the elements of profit attributable to factors other than the unlawful copying.

Such information is required to appropriately calculate what, if any, damages are owed to

Plaintiff. *See* 17 U.S.C. § 504(b).

Defendants are ordered to produce such information by January 9, 2015. Service of this

Order upon Lazeon Corporation, 246 West 38th Street, 2d Floor, New York, NY 10018, shall

constitute adequate notice of the entry of this Order.

SO ORDERED.

Dated: New York, New York

      December **17**, 2014

Kimba M. Wood
United States District Judge

2