Louis S. Ederer
Matthew T. Salzmann
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York  10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

|  |  |
|---|---|
| SWEET PEOPLE APPAREL, INC.<br>d/b/a MISS ME, | Civil Action No. 14-cv-1647 (KMW) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| - against - | |
| LAZEON CORP., XYZ Companies 1-10, and<br>John and Jane Does 1-10, | |
| Defendants. | |

------------------------------------------------------------ x

I, Matthew T. Salzmann, an attorney associated with the law firm Arnold & Porter, LLP, hereby certify that, on December 17, 2014, I served a true and correct copy of the Court's Order dated December 17, 2014 (Dkt. No. 15) upon Defendant Lazeon Corp., by sending a copy of the same by U.S. Mail to the following address:  Lazeon Corp., 246 West 38th Street, 2d Floor, New York, New York  10018.

Dated: New York, New York
        December 17, 2014

Matthew T. Salzmann