# ARNOLD & PORTER LLP

**Matthew T. Salzmann**
Matthew.Salzmann@aporter.com

212.715.1012
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

November 5, 2015

<u>**VIA ECF**</u>
Hon. Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York  10007-1312

Re:   <u>*Sweet People Apparel, Inc. v. Lazeon Corp., et al.*</u>, 14-cv-1647 (S.D.N.Y.) (KMW)

Dear Judge Wood:

We represent plaintiff Sweet People Apparel, Inc. ("Sweet People") in the above-referenced copyright infringement action against defendant Lazeon Corp. ("Lazeon"), which was necessitated by Lazeon's intentional infringement of Sweet People's registered JP5498B Design, as shown below, which design is featured on the back pockets of Sweet People's well-known MISS ME brand jeanswear:



| **Sweet People's JP5498B Design** | **Lazeon's Infringing Design** |

As the Court will recall, after this action was commenced in March 2014, Lazeon failed to answer or otherwise move with respect to Sweet People's Complaint, and Sweet People filed a motion for entry of a default judgment on June 24, 2014.  Dkt. Nos. 11, 12.  Thereafter, on December 17, 2014, Your Honor entered an Order (1) permanently enjoining Lazeon, and all those acting in concert with it, "from designing, manufacturing, importing, exporting, distributing, supplying, advertising, promoting, offering for sale and/or selling any products which bear the infringing design, or any other designs substantially similar in overall appearance to [Sweet People's] JP5498B Design"; (2) requiring Lazeon to "recall all products, advertising,

Hon. Kimba M. Wood
November 5, 2015
Page 2

and promotional materials bearing the infringing design, and to deliver up to [Sweet People] for destruction all such products and materials, and any means of making such items, within fifteen (15) days"; and (3) directing Lazeon to produce information concerning its gross revenues, deductible expenses and any elements of profit attributable to factors other than the unlawful copying of Sweet People's JP5498B Design by January 9, 2015 (the "December 17 Order"). Dkt. No. 15.  The December 17 Order further stated that "[s]ervice of this Order upon Lazeon Corporation, 246 West 38th Street, 2d Floor, New York, NY 10018, shall constitute adequate notice of the entry of this Order."  Id.  In accordance therewith, Sweet People served a copy of the December 17 Order on Lazeon at its 246 West 38th Street address on the very date the Order issued.  See Dkt. No. 16 (certificate of service).

The January 9, 2015 date for Lazeon's compliance with the December 17 Order passed without any response from Lazeon.  Thereafter, we were advised by the Your Honor's Clerk that the Court's attempt to serve a copy of the December 17 Order on Lazeon at the address provided in the Order — the corporate address on file with the NYS Department of State — had been unsuccessful.  Accordingly, on March 5, 2015, we sent a letter to Daniel A. Schnapp, Esq., of Fox Rothschild LLP, whose firm had responded on Lazeon's behalf to our initial, pre-litigation cease and desist letter, and with whom I had previously discussed this matter, requesting that he advise whether his firm was authorized to accept service of the December 17 Order.  Mr. Schnapp did not respond to our March 5 letter.

A few weeks thereafter, we identified a new address for Lazeon's principal, Dennis Slapo, in Newark, Delaware, and on April 14, 2015, we sent Mr. Slapo a letter enclosing a copy of Your Honor's December 17 Order, and requested that he advise whether Lazeon intended to comply, albeit belatedly, with the December 17 Order, and produce information concerning its gross revenues, deductible expenses, and any elements of profit attributable to factors other than the unlawful copying of Sweet People's JP5498B Design.  On April 21, 2015, Mr. Slapo left me a voicemail confirming his receipt of our April 14 letter.  Two days later, on April 23, 2015, I received an email and voicemail from Mr. Schnapp of Fox Rothschild LLP, requesting that I contact him to discuss this matter further.

After weeks of exchanging phone messages, I finally was able to discuss this matter with Mr. Schnapp on May 19, 2015, and once again inquired whether Lazeon — which was now unquestionably on notice of the Court's December 17 Order — would be producing the information required by the December 17 Order.  At that point, Mr. Schnapp stated that his firm had previously provided information with respect to Lazeon's infringing sales.  In response, I reminded Mr. Schnapp that we had obtained information concerning Lazeon's sales of accused products from one of Lazeon's retail customers, Deb Shops, which differed significantly from the unsubstantiated information previously provided by Lazeon.

The following day, May 20, 2015, I sent an email to Mr. Schnapp which noted significant discrepancies between the number of units of Accused Products Lazeon had disclosed to Sweet People prior to this litigation (3,200 units), and information that Sweet People obtained from just one of Lazeon's customers, Deb Shops, who had provided documents showing that it had purchased 11,124 units of the Accused Products from Lazeon.  Thereafter, despite having

Hon. Kimba M. Wood
November 5, 2015
Page 3

provided Lazeon's "unofficial" counsel with this information, no further information was forthcoming from Lazeon.

Accordingly, by letter dated June 29, 2015 (Dkt. No. 17), Sweet People wrote to Your Honor to respectfully request that the Court enter a monetary judgment against Lazeon in the amount of its illicit profits (which we conservatively estimated at the time to be $33,000). In response to Sweet People's letter motion, by Order dated July 1, 2015, the Court scheduled a conference for July 13, 2015 to discuss "Defendants' compliance with the Court's December 17, 2014 Order," and directed that both parties state in writing their intention to attend the conference no later than July 6, 2015. Dkt. No. 18. By letter dated July 6, 2015, we advised the Court of our intention to attend the July 13, 2015 conference on Sweet People's behalf. Dkt. No. 19. Lazeon's representative, however, did not respond to the Court's July 1, 2015 Order. Thereafter, by Order dated July 9, 2015, the Court instructed Sweet People to advise whether it would like to proceed with the July 13 conference, or if doing so without Lazeon's participation would not be fruitful. Dkt. No. 20. By letter dated July 10, 2015, we responded to the Court's July 9 Order and requested that the July 13 conference be taken off calendar. Dkt. No. 21.

Then, in the early afternoon of July 13, 2015, we were advised by Your Honor's chambers that Michael I. Slapo, Esq., the son of Lazeon's sole owner, Dennis Slapo, and a partner at Fox Rothschild LLP (the firm that had previously represented Lazeon in connection with this dispute), had requested to be heard with respect to Sweet People's June 29, 2015 letter motion. Accordingly, the July 13 court conference went forward with the Court entertaining Mr. Slapo as a representative of his father, but not in the capacity as Lazeon's counsel. At the conclusion of the conference, the Court directed Lazeon to "do a Rule 26 turnover of all relevant documents, and to construe 'relevance' broadly." July 13 Tr. 10:3-5.

The following day, I sent Mr. Slapo a copy of Your Honor's July 13, 2015 Minute Order, which further stated that "Defense counsel shall turn over all of Lazeon Corp.'s records and relevant documents relating to sales and returns of items, to plaintiff's counsel." Thereafter, between July 24, 2015 and September 21, 2015, I followed up with Mr. Slapo on numerous occasions to inquire as to the status of Lazeon's production. Then, on September 25, 2015, I received a letter from Mr. Slapo — which, despite being written on Fox Rothschild letterhead and concluding with a reservation of "our clients' rights, remedies and defenses," is quick to note that "Fox Rothschild has not undertaken representation of Lazeon in this matter" — purporting to annex "all of the relevant information, books and records in Lazeon's possession relating to the style numbers [at issue], after due inquiry, investigation and considerable effort." A copy of Mr. Slapo's September 25, 2015 letter and its enclosures is attached hereto as Exhibit A.

Suffice to say that Sweet People takes issue with completeness of Lazeon's belated production, which is deficient on its face and was made *nine months after* the Court entered its December 17, 2014 Order, in which it permanently enjoined Lazeon's further infringement of Sweet People's JP5498B Design, and ordered Lazeon to produce this very information by January 9, 2015. Nevertheless, accepting as true Lazeon's representations as to the number of units of Accused Products shipped and returned, and adopting Lazeon's purported cost of goods,

Hon. Kimba M. Wood
November 5, 2015
Page 4

Lazeon conservatively achieved a gross profit (sales minus costs of goods) of **$12,719.76**[1], as reflected below:

| PO | Style# | shipped qty. returned qty=sold qty (pcs) | unit selling price | LDP prices (pc) | profit / pc | Ttl profit amount ($) |
|---|---|---|---|---|---|---|
| 191539 | 1000046537 | 2568-500 = 2068 | $10.75 | $8.49 | $2.26 | $4,673.68 |
| 191547 | 1000046539 | 1968-400 = 1568 | $11.75 | $9.49 | $2.26 | $3,543.68 |
| 197553 | 1000049248 | 4056-1300 = 2756 | $7.25 | $6.20 | $1.05 | $2,893.80 |
| 197556 | 1000049250 | 2532-1000 = 1532 | $8.25 | $7.20 | $1.05 | $1,608.60 |
|  |  |  |  |  |  | **$12,719.76** |

Accordingly, Sweet People respectfully requests that the Court enter judgment against Lazeon and in favor of Sweet People in the amount of Lazeon's illicit profits (**$12,719.76**) and permit Sweet People to make an application for the recovery of the substantial fees it has unnecessarily incurred following the issuance of Your Honor's December 17 Order while attempting to compel Lazeon's compliance.

We thank the Court for its consideration, and are available to conference this matter should the Court so desire.

Respectfully,

ARNOLD & PORTER LLP

Matthew T. Salzmann

---

[1] As the Court can see for itself, Lazeon's scant production is devoid of any evidence to substantiate its claimed deductions, which by its own tally reduces its profits on the sale of 7,924 units of Accused Products to approximately $1.00 per unit ($7,957.88).

# EXHIBIT A



**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

MICHAEL I. SLAPO
Direct Dial: 212-878-7920
Email Address: MSlapo@FoxRothschild.com

**VIA FEDEX AND EMAIL (msalzmann@aporter.com)**

September 25, 2015

Arnold & Porter LLP
399 Park Avenue
New York, New York 10022-4690
Attention: Matthew T. Salzmann

Re:   Sweet People Apparel, Inc.'s JP5498B Design

Dear Mr. Salzmann:

Pursuant to your request, enclosed please find the following books and records of Lazeon Corp. ("**Lazeon**") relating to sales information pertaining to Deb Shops Style Numbers 1000046537, 1000046539, 1000049248 and 1000049250.  Please note that my response to your request is made as a courtesy to Lazeon Corp.  Fox Rothschild LLP has not undertaken representation of Lazeon in this matter nor entered an appearance on behalf of Lazeon.

1.      An itemization of the net quantities of each of the foregoing styles sold, the wholesale price per unit and total wholesale price, deductions for the landing cost, early pay discounts, factoring costs, the gross sales profit of Lazeon's manufacturer (please note that the calculations provided in the attached are based on information received from Lazeon's manufacturer and we are relying on the information provided in performing the calculations made herein; the calculations are provided for purposes of convenience only);

2.      Copy of a sales contract between China Direct Trade (Hong Kong) Ltd. And Hunan Longyu Trading Co., Ltd, dated January 17, 2013, concerning Style Nos. 1000049248 and 1000049250;

3.      Copy of Purchase Order Numbers 191539, 191542, 191547 and 191551 relating to the foregoing style numbers.

A Pennsylvania Limited Liability Partnership

California     Colorado     Connecticut     Delaware     District of Columbia     Florida
Illinois     Nevada     New Jersey     New York     Pennsylvania     Texas
31338634v1 040443/00002 09/25/2015



As an initial matter, the documentation included confirms that Lazeon is not party to the agreement between the wholesale buyer and the manufacturer in the enclosed sales contract. As discussed in court, Lazeon's relationship in this matter is best described as merely a commission agent for the wholesale buyer.

The foregoing constitutes all of the relevant information, books and records in Lazeon's possession relating to the style numbers above, after due inquiry, investigation and considerable effort. While unverified, we are unable to determine whether all amounts due were paid by Deb Shops and it is possible that the net profits are substantially lower than reflected, and, more possibly, the sales may in fact be a loss to Lazeon. Further, Lazeon informs me that there are shipping charges to Deb Shops in connection with the delivery of the goods that are not reflected in the itemization report and that the net profit on the sales may be substantially less than reflected. In addition, the itemized report does not take into account the losses incurred and sustained by Lazeon in connection with the redelivery of goods from Deb Shops, including return shipping costs.

As we discussed on Friday August 28, 2015, it is our understand that the foregoing style numbers related to items of clothing that your client, Sweet People Apparel, Inc. ("**Sweet**") previously alleged contained infringing designs of Sweet's JP5498B design; however, we are also of the understanding that a substitute pocket designs was incorporated into the items of clothing  under the foregoing style numbers and that the quantities of the items of clothing containing the alleged infringing designs of Sweet's JP5498B design are less than the actual quantities indicated in the attached itemization, sales contract and/or purchase orders. We are unable however to confirm the actual number quantity of product that contain the alleged infringing designs.

As we have indicated in several responses to your client's allegations of infringement, we do believe your client's claims to be wholly meritless.  Nevertheless, Lazeon promptly complied with all of the requests made by your firm to cease and desist, removed all allegedly infringing items from retail selling floors and destroyed the alleged infringing materials.

Nothing contained herein shall be deemed a complete recitation of the facts, an admission by our clients or a waiver of any of our clients' rights, remedies, or defenses, all of which are hereby expressly reserved.

Very truly yours,

Michael Slapo

CC: Lazeon Corp. (*via email*)

| po | style# | shipped qty-returned qty=sold qty (pcs) | unit selling price | LDP prices(pc) | deduction 3%(pc) Deb payment term | factor3.5% (star funding) | all costs | profit /pc | Ttl profit amount($) |
|---|---|---|---|---|---|---|---|---|---|
| 191539 | 1000046537 | 2568-500=2068 | $10.75 | $8.49 | $0.32 | $0.38 | $9.19 | $1.56 | $3,226.08 |
| 191547 | 1000046539 | 1968-400=1568 | $11.75 | $9.49 | $0.35 | $0.41 | $10.25 | $1.50 | $2,352.00 |
| 197553 | 1000049248 | 4056-1300=2756 | $7.25 | $6.20 | $0.22 | $0.25 | $6.67 | $0.58 | $1,598.48 |
| 197556 | 1000049250 | 2532-1000=1532 | $8.25 | $7.20 | $0.25 | $0.29 | $7.74 | $0.51 | $781.32 |
| | | | | | | | | | $7,957.88 |

| po | style# | returned qty (pcs) | unit selling | TTL AMOUNT($) |
|---|---|---|---|---|
| 191539 | 1000046537 | 500 | $10.75 | $5,375.00 |
| 191547 | 1000046539 | 400 | $11.75 | $4,700.00 |
| 197553 | 1000049248 | 1300 | $7.25 | $9,425.00 |
| 197556 | 1000049250 | 1000 | $8.25 | $8,250.00 |
| | | | | $27,750.00 |

| po | style# | SHIPPED QTY(PCS) | unit selling | TTL AMOUNT($) |
|---|---|---|---|---|
| 191539 | 1000046537 | 2568 | $10.75 | $27,606.00 |
| 191547 | 1000046539 | 1968 | $11.75 | $23,124.00 |
| 197553 | 1000049248 | 4056 | $7.25 | $29,406.00 |
| 197556 | 1000049250 | 2532 | $8.25 | $20,889.00 |
| | | | | $101,025.00 |

**PO Number** 191539

**Order Date**                1/18/2013
**From Delivery Date**   6/30/2013
**To Delivery Date**       7/15/2013

# Deb Shops SDW LLC

**Phone: 215-676-6000**   **Fax: 215-969-2830**

**Vendor Ticket**   Yes
**Ticket Type**      Hang 1
**Packing**           Case Pack

SUBJECT TO THE TERMS AND CONDITIONS OF PURCHASE ORDERS AND MUST CONFORM TO VENDOR COMPLIANCE

**Vendor**

000351          TOXIC
No Address


,              United States

**Ship Via**   Consolidator
**Carrier**     Dynamic
**Terms**      3%ROG+30
**FOB**         Destination Collect

**SHIP TO**

0980          Deb Main
9401 BLUE GRASS ROAD

PHILADELPHIA, PA          19114          United States

**Buyer**   Assistant Buyer Bottoms

| Line | Merch Group | Style | Vendor Style | Color | | Ordered Qty | | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-27-271-06 | 1000046537 (E)DARK BLAST WHISKERS | TOXIC-07-JR | | | 200 | Pack(s) | $10.75 | | | 2,400 | $25,800.00 |
| **Pack:** | **100000176221** | **46537 CL 95 0-13(11222211)** | | 950 | dark denim | 12 | Units Per Pack | | 400003616381 | 0 | 200 | |
| | | | | 950 | dark denim | | | | 400003616398 | 1 | 200 | |
| | | | | 950 | dark denim | | | | 400003616411 | 3 | 400 | |
| | | | | 950 | dark denim | | | | 400003616404 | 5 | 400 | |
| | | | | 950 | dark denim | | | | 400003616428 | 7 | 400 | |
| | | | | 950 | dark denim | | | | 400003616435 | 9 | 400 | |
| | | | | 950 | dark denim | | | | 400003616442 | 11 | 200 | |
| | | | | 950 | dark denim | | | | 400003616459 | 13 | 200 | |

| **SPECIAL INSTRUCTIONS** | **PO Total** | **Number of Units:** | 2,400 | | 2,400 | $25,800.00 |
|---|---|---|---|---|---|---|
| | | **Number of Packs:** | 200 | | | |

DARK BLAST WHISKERS 5PKTZIPFLY RHNSTN FLORAL/FERN BKPKTS W/LACE _LEATHER ACCENTS SLIM BOOTCUT

TOXIC-07-JR 0-13 (1-1-2-2-2-2-1-1-12PC PK)


由 Foxit PDF Editor 编辑
版权所有 (c) by Foxit Su
仅用于评估。

**PO Number  191542**

| | |
|---|---|
| **Order Date** | 1/18/2013 |
| **From Delivery Date** | 6/30/2013 |
| **To Delivery Date** | 7/15/2013 |

# Deb Shops SDE-Commerce LLC

**Phone: 215-676-6000    Fax: 215-969-2830**

| | |
|---|---|
| **Vendor Ticket** | Yes |
| **Ticket Type** | Hang 1 |
| **Packing** | Loose Flat |

> SUBJECT TO THE TERMS AND
> CONDITIONS OF PURCHASE
> ORDERS AND MUST CONFORM TO
> VENDOR COMPLIANCE

**Vendor**

000351        TOXIC
No Address

,            United States

| | |
|---|---|
| **Ship Via** | Consolidator |
| **Carrier** | Dynamic |
| **Terms** | 3%ROG+30 |
| **FOB** | Destination Collect |

**SHIP TO**

0002        Deb eCommerce, PA
9401 Blue Grass Road

Philadelphia, PA        19114        United States

**Buyer**  Assistant Buyer Bottoms

| Line | Merch Group | Style | | Vendor Style | Color | Ordered Qty | | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-27-271-06 | 1000046537 | (E)DARK BLAST WHISKERS | TOXIC-07-JR | | 96 | Unit(s) | $10.75 | | | 96 | $1,032.00 |
| | | | | | 950 | dark denim | | | 400003616381 | 0 | 8 | |
| | | | | | 950 | dark denim | | | 400003616398 | 1 | 8 | |
| | | | | | 950 | dark denim | | | 400003616411 | 3 | 16 | |
| | | | | | 950 | dark denim | | | 400003616404 | 5 | 16 | |
| | | | | | 950 | dark denim | | | 400003616428 | 7 | 16 | |
| | | | | | 950 | dark denim | | | 400003616435 | 9 | 16 | |
| | | | | | 950 | dark denim | | | 400003616442 | 11 | 8 | |
| | | | | | 950 | dark denim | | | 400003616459 | 13 | 8 | |

**SPECIAL INSTRUCTIONS**

| **PO Total** | **Number of Units:** | 96 | | 96 | $1,032.00 |
|---|---|---|---|---|---|
| | **Number of Packs:** | 0 | | | |

DARK BLAST WHISKERS 5PKTZIPFLY RHNSTN FLORAL/FERN BKPKTS W/LACE _LEATHER ACCENTS SLIM BOOTCUT (REF BULK PO#191539)

MUST COMPLY WITH DEB SHOPS ECOMMERCE REGULATIONS

TOXIC-07-JR 0-13 (1-1-2-2-2-2-1-1-12PC PK)


由 Foxit PDF Editor 编辑
版权所有 (c) by Foxit So
仅用于评估。

**PO Number  191547**

| | |
|---|---|
| **Order Date** | 1/18/2013 |
| **From Delivery Date** | 6/30/2013 |
| **To Delivery Date** | 7/15/2013 |

## Deb Shops SDW LLC

**Phone: 215-676-6000   Fax: 215-969-2830**

| | |
|---|---|
| **Vendor Ticket** | Yes |
| **Ticket Type** | Hang 1 |
| **Packing** | Case Pack |

> **SUBJECT TO THE TERMS AND CONDITIONS OF PURCHASE ORDERS AND MUST CONFORM TO VENDOR COMPLIANCE**

**Vendor**

000351      TOXIC

No Address

,          United States

| | |
|---|---|
| **Ship Via** | Consolidator |
| **Carrier** | Dynamic |
| **Terms** | 3%ROG+30 |
| **FOB** | Destination Collect |

**SHIP TO**

0980      Deb Main

9401 BLUE GRASS ROAD

PHILADELPHIA, PA      19114      United States

**Buyer**  Assistant Buyer Bottoms

| Line | Merch Group | Style | Vendor Style | Color | | Ordered Qty | | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20-47-471-06 | 1000046539   (E)DARK BLAST WHISKERS | TOXIC-07-PL | | | 150 | Pack(s) | $11.75 | | | 1,800 | $21,150.00 |
| ***Pack:*** | ***100000176225*** | ***46539 CL 95 14-24 (123321)*** | | | | 12 | Units Per Pack | | | | | |
| | | | | 950 | dark denim | | | | 400003616718 | 14 | 150 | |
| | | | | 950 | dark denim | | | | 400003616725 | 16 | 300 | |
| | | | | 950 | dark denim | | | | 400003616732 | 18 | 450 | |
| | | | | 950 | dark denim | | | | 400003616749 | 20 | 450 | |
| | | | | 950 | dark denim | | | | 400003616756 | 22 | 300 | |
| | | | | 950 | dark denim | | | | 400003616763 | 24 | 150 | |

**SPECIAL INSTRUCTIONS**

| **PO Total** | **Number of Units:** | 1,800 | | 1,800 | $21,150.00 |
|---|---|---|---|---|---|
| | **Number of Packs:** | 150 | | | |

DARK BLAST WHISKERS 5PKTZIPFLY RHNSTN FLORAL/FERN BKPKTS W/LACE _LEATHER ACCENTS SLIM BOOTCUT

TOXIC-02-PL 14-24(1-2-3-3-2-1=12PC PK)



**PO Number  191551**

| | |
|---|---|
| **Order Date** | 1/18/2013 |
| **From Delivery Date** | 6/30/2013 |
| **To Delivery Date** | 7/15/2013 |

# Deb Shops SDE-Commerce LLC

**Phone: 215-676-6000    Fax: 215-969-2830**

| | |
|---|---|
| **Vendor Ticket** | Yes |
| **Ticket Type** | Hang 1 |
| **Packing** | Loose Flat |

SUBJECT TO THE TERMS AND CONDITIONS OF PURCHASE ORDERS AND MUST CONFORM TO VENDOR COMPLIANCE

**Vendor**

000351          TOXIC

No Address

,          United States

| | |
|---|---|
| **Ship Via** | Consolidator |
| **Carrier** | Dynamic |
| **Terms** | 3%ROG+30 |
| **FOB** | Destination Collect |

**SHIP TO**

0002          Deb eCommerce, PA

9401 Blue Grass Road

Philadelphia, PA          19114          United States

**Buyer**  Assistant Buyer Bottoms

| Line | Merch Group | Style | Vendor Style | Color | Ordered Qty | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20-47-471-06 | 1000046539  (E)DARK BLAST WHISKERS | TOXIC-07-PL | | 120   Unit(s) | $11.75 | | | 120 | $1,410.00 |
| | | | | 950   dark denim | | | 400003616718 | 14 | 10 | |
| | | | | 950   dark denim | | | 400003616725 | 16 | 20 | |
| | | | | 950   dark denim | | | 400003616732 | 18 | 30 | |
| | | | | 950   dark denim | | | 400003616749 | 20 | 30 | |
| | | | | 950   dark denim | | | 400003616756 | 22 | 20 | |
| | | | | 950   dark denim | | | 400003616763 | 24 | 10 | |

| **SPECIAL INSTRUCTIONS** | **PO Total** | Number of Units: | 120 | | 120 | $1,410.00 |
|---|---|---|---|---|---|---|
| | | Number of Packs: | 0 | | | |

DARK BLAST WHISKERS 5PKTZIPFLY RHNSTN FLORAL/FERN BKPKTS W/LACE _LEATHER ACCENTS SLIM BOOTCUT (REF BULK PO#191547)

MUST COMPLY WITH DEB SHOPS ECOMMERCE REGULATIONS

TOXIC-07-PL 14-24(1-2-3-3-2-1=12PC PK)


由 Foxit PDF Editor 编辑
版权所有 (c) by Foxit So
仅用于评估。

**PO Number  197553**

| | | |
|---|---|---|
| **Order Date** | 3/13/2013 | |
| **From Delivery Date** | 7/15/2013 | |
| **To Delivery Date** | 7/25/2013 | |

# Deb Shops SDW LLC
**Phone: 215-676-6000   Fax: 215-969-2830**

| | |
|---|---|
| **Vendor Ticket** | Yes |
| **Ticket Type** | Hang 1 |
| **Packing** | Case Pack |

SUBJECT TO THE TERMS AND
CONDITIONS OF PURCHASE
ORDERS AND MUST CONFORM TO
VENDOR COMPLIANCE

## DUPLICATE

**Vendor**

000351       TOXIC
No Address

,           United States

| | |
|---|---|
| **Ship Via** | Consolidator |
| **Carrier** | Dynamic |
| **Terms** | 3%ROG+30 |
| **FOB** | Destination Collect |

**SHIP TO**

0980       Deb Main
9401 BLUE GRASS ROAD

PHILADELPHIA, PA        19114     United States

**Buyer** Jackie Pizzo

| Line | Merch Group | Style | Vendor Style | Color | Ordered Qty | | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-27-270-12 | 1000049248   (E)DRK BLST W/HVY BLSTD | REIGN-15-JR | | 325 | Pack(s) | $7.25 | | | 3,900 | $28,275.00 |
| **Pack:** | **100000181531** | **49248 CL 95 0-13 (11222211)** | | | 12 | Units Per Pack | | | | | |
| | | | | 950 | dark denim | | | 400003802494 | 0 | 325 | |
| | | | | 950 | dark denim | | | 400003802500 | 1 | 325 | |
| | | | | 950 | dark denim | | | 400003802517 | 3 | 650 | |
| | | | | 950 | dark denim | | | 400003802524 | 5 | 650 | |
| | | | | 950 | dark denim | | | 400003802531 | 7 | 650 | |
| | | | | 950 | dark denim | | | 400003802555 | 9 | 650 | |
| | | | | 950 | dark denim | | | 400003802548 | 11 | 325 | |
| | | | | 950 | dark denim | | | 400003802562 | 13 | 325 | |

**SPECIAL INSTRUCTIONS**

| **PO Total** | **Number of Units:** | 3,900 | 3,900 | $28,275.00 |
|---|---|---|---|---|
| | **Number of Packs:** | 325 | | |

DRK BLST W/HVY BLSTD WHSKRS STN H/W FRNTPKT HIP EMB W/STN HVY STITCH TRIBAL BKPKT EMB W/STN 11" JEGGING

REIGN-15-JR 0-13 (1-1-2-2-2-1-1=12PC PK)


由 Foxit PDF Editor 编辑
版权所有 (c) by Foxit So
仅用于评估。

**PO Number  197554**

| | |
|---|---|
| **Order Date** | 3/13/2013 |
| **From Delivery Date** | 7/15/2013 |
| **To Delivery Date** | 7/25/2013 |

# Deb Shops SDE-Commerce LLC
**Phone: 215-676-6000    Fax: 215-969-2830**

| | |
|---|---|
| **Vendor Ticket** | Yes |
| **Ticket Type** | Hang 1 |
| **Packing** | Loose Flat |

> SUBJECT TO THE TERMS AND
> CONDITIONS OF PURCHASE
> ORDERS AND MUST CONFORM TO
> VENDOR COMPLIANCE

## DUPLICATE

**Vendor**

000351          TOXIC

No Address

,          United States

| | |
|---|---|
| **Ship Via** | Consolidator |
| **Carrier** | Dynamic |
| **Terms** | 3%ROG+30 |
| **FOB** | Destination Collect |

**SHIP TO**

0002          Deb eCommerce, PA

9401 Blue Grass Road

Philadelphia, PA          19114          United States

**Buyer**  Jackie Pizzo

| Line | Merch Group | Style | Vendor Style | Color | Ordered Qty | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10-27-270-12 | 1000049248  (E)DRK BLST W/HVY BLSTD | REIGN-15-JR | | 72  Unit(s) | $7.25 | | | 72 | $522.00 |
| | | | | 950  dark denim | | | 400003802494 | 0 | 6 | |
| | | | | 950  dark denim | | | 400003802500 | 1 | 6 | |
| | | | | 950  dark denim | | | 400003802517 | 3 | 12 | |
| | | | | 950  dark denim | | | 400003802524 | 5 | 12 | |
| | | | | 950  dark denim | | | 400003802531 | 7 | 12 | |
| | | | | 950  dark denim | | | 400003802555 | 9 | 12 | |
| | | | | 950  dark denim | | | 400003802548 | 11 | 6 | |
| | | | | 950  dark denim | | | 400003802562 | 13 | 6 | |

| | | | | |
|---|---|---|---|---|
| **SPECIAL INSTRUCTIONS** | **PO Total** | **Number of Units:**  72 | 72 | $522.00 |
| | | **Number of Packs:**  0 | | |

DRK BLST W/HVY BLSTD WHSKRS STN H/W FRNTPKT HIP EMB W/STN HVY STITCH TRIBAL BKPKT EMB W/STN 11" JEGGING (REF BULK PO#197553)

MUST COMPLY WITH DEB SHOPS ECOMMERCE REGULATIONS

REIGN-15-JR 0-13 (1-1-2-2-2-2-1-1=12PC PK)


由 Foxit PDF Editor 编辑
版权所有 (c) by Foxit So
仅用于评估。

**PO Number  197556**

| | |
|---|---|
| **Order Date** | 3/13/2013 |
| **From Delivery Date** | 7/15/2013 |
| **To Delivery Date** | 7/25/2013 |

# Deb Shops SDW LLC

**Phone: 215-676-6000**   **Fax: 215-969-2830**

| | |
|---|---|
| **Vendor Ticket** | Yes |
| **Ticket Type** | Hang 1 |
| **Packing** | Case Pack |

> SUBJECT TO THE TERMS AND
> CONDITIONS OF PURCHASE
> ORDERS AND MUST CONFORM TO
> VENDOR COMPLIANCE

## DUPLICATE

**Vendor**

000351        TOXIC

No Address

,          United States

| | |
|---|---|
| **Ship Via** | Consolidator |
| **Carrier** | Dynamic |
| **Terms** | 3%ROG+30 |
| **FOB** | Destination Collect |

**SHIP TO**

0980        Deb Main

9401 BLUE GRASS ROAD

PHILADELPHIA, PA        19114        United States

**Buyer**  Jackie Pizzo

| Line | Merch Group | Style | Vendor Style | Color | | Ordered Qty | | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20-47-470-12 | 1000049250 | (E)DRK BLST W/HVY BLSTD | REIGN-15-PL | | 200 | Pack(s) | $8.25 | | | 2,400 | $19,800.00 |
| **Pack:** | **100000181533** | **49250 CL 95 14-24 (123321)** | | | | 12 | Units Per Pack | | | | | |
| | | | | 950 | dark denim | | | | 400003802616 | 14 | 200 | |
| | | | | 950 | dark denim | | | | 400003802623 | 16 | 400 | |
| | | | | 950 | dark denim | | | | 400003802630 | 18 | 600 | |
| | | | | 950 | dark denim | | | | 400003802647 | 20 | 600 | |
| | | | | 950 | dark denim | | | | 400003802654 | 22 | 400 | |
| | | | | 950 | dark denim | | | | 400003802661 | 24 | 200 | |

**SPECIAL INSTRUCTIONS**

| **PO Total** | **Number of Units:** | 2,400 | | 2,400 | $19,800.00 |
|---|---|---|---|---|---|
| | **Number of Packs:** | 200 | | | |

DRK BLST W/HVY BLSTD WHSKRS STN H/W FRNTPKT HIP EMB W/STN HVY STITCH TRIBAL BKPKT EMB W/STN 13" JEGGING

REIGN-15-PL 14-24 (1-2-3-3-2-1=12PC PK)



**PO Number  197557**

| | |
|---|---|
| **Order Date** | 3/13/2013 |
| **From Delivery Date** | 7/15/2013 |
| **To Delivery Date** | 7/25/2013 |

## Deb Shops SDE-Commerce LLC
**Phone: 215-676-6000    Fax: 215-969-2830**

| | |
|---|---|
| **Vendor Ticket** | Yes |
| **Ticket Type** | Hang 1 |
| **Packing** | Loose Flat |

SUBJECT TO THE TERMS AND
CONDITIONS OF PURCHASE
ORDERS AND MUST CONFORM TO
VENDOR COMPLIANCE

**DUPLICATE**

**Vendor**

000351        TOXIC
No Address

,              United States

| | |
|---|---|
| **Ship Via** | Consolidator |
| **Carrier** | Dynamic |
| **Terms** | 3%ROG+30 |
| **FOB** | Destination Collect |

**SHIP TO**

0002        Deb eCommerce, PA
9401 Blue Grass Road

Philadelphia, PA        19114        United States

**Buyer**  Jackie Pizzo

| Line | Merch Group | Style | Vendor Style | Color | Ordered Qty | Unit Cost USD | UPC | Size | Ordered Units | Extended Cost USD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20-47-470-12 | 1000049250  (E)DRK BLST W/HVY BLSTD | REIGN-15-PL | | 120  Unit(s) | $8.25 | | | 120 | $990.00 |
| | | | | 950  dark denim | | | 400003802616 | 14 | 10 | |
| | | | | 950  dark denim | | | 400003802623 | 16 | 20 | |
| | | | | 950  dark denim | | | 400003802630 | 18 | 30 | |
| | | | | 950  dark denim | | | 400003802647 | 20 | 30 | |
| | | | | 950  dark denim | | | 400003802654 | 22 | 20 | |
| | | | | 950  dark denim | | | 400003802661 | 24 | 10 | |

| **SPECIAL INSTRUCTIONS** | **PO Total** | Number of Units: | 120 | | 120 | $990.00 |
|---|---|---|---|---|---|---|
| | | Number of Packs: | 0 | | | |

DRK BLST W/HVY BLSTD WHSKRS STN H/W FRNTPKT HIP EMB W/STN HVY STITCH TRIBAL BKPKT EMB W/STN 13" JEGGING (REF BULK PO#197556)

MUST COMPLY WITH DEB SHOPS ECOMMERCE REGULATIONS

REIGN-15-PL 14-24 (1-2-3-3-2-1=12PC PK)



# *PLC*

## *PACIFIC LOGISTICS CORP*

7255 ROSEMEAD BLVD.
PICO RIVERA, CA. 90660

562-478-4700

| Date: 03/05/2014 | **Bill Number: 1172536** | |
|---|---|---|
| Pay Code: FCOD | Origin: EWR | Dest: LAX |

**INVOICE**

| Shipper  Reference | Receiver  Reference |
|---|---|
| DEB SHOPS, INC.<br>9401 BLUE GRASS RD.<br>PHILADELPHIA  PA. 19114 | BLUE MOUNTAIN APPAREL<br>801 E. 7TH ST. - STE.  #109<br>LOS ANGELES  CA. 90021 |

| Pieces | Weight | Description | Pcs | L | W | H | DimWt | Service Requested |
|---|---|---|---|---|---|---|---|---|
| 85 | 3270 | JEANS<br><br>PO: 197553 (21), PO: 191539 (15), PO: 191547 (12), PO: 197556 (35), PO: 191542 (2), PO: 1152014 (0) | 85 | 26 | 18 | 15 | | LTL<br><br>RECVD CHK # 263580 FOR  $ 1,256.60-P.M |
| | | | | | | | | COD:      $0.00 |
| 85 | 3270 | Totals | Chargeable Weight:  3270 | | | | Dec Value      $0.00 | |

Payor

BLUE MOUNTAIN APPAREL
801 E. 7TH ST. - STE.  #109
LOS ANGELES  CA. 90021

| Description of Charges | Amount |
|---|---|
| Freight Charges ($27.00) | $882.90 |
| Fuel Surcharge | $273.70 |
| Liftgate Delivery | $75.00 |
| NSF Check Fee | $25.00 |
| Total Amount Due (Payable in  USD) | $1,256.60 |

Due Upon Receipt

Please Remit To:
PACIFIC LOGISTICS  CORP
7255 ROSEMEAD BLVD.

PICO RIVERA  CA. 90660
562-478-4700
562-478-4700

Due Upon Receipt

All Amounts Payable in USD

You can now pay for this invoice online!  Please visit www.pacific-logistics.com/payment to pay for this invoice.

# Lazeon Corp./Daily Jeans

246 W.38th Street Suite 205
New York, NY 10018
Phone(212)738-3580
Fax(212)796-4045

**Invoice**

| Invoice # | 1948 |
|-----------|------|
| Date | 7-8-2013 |

| Bill To | Ship To |
|---------|---------|
| DEB SHOPS, INC. | DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD | 9401 BLUE GRASS ROAD |
| PHILADELPHIA, PA 19114 | PHILADELPHIA, PA 19114 |

| Account | P.O.No. | Terms | Ship Date | Rep | FOB |
|---------|---------|-------|-----------|-----|-----|
|  | 191539 | 3%ROG+30 | 6-11-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|-----------|-------------|-------|------|------|------------|-----------|
| 1000046537 | Denim Jeans JR | 950 dk | 2472 | 206 | $10.75 | $26,574.00 |

| Thank you for your business | Total | $26,574.00 |
|---|---|---|

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926, CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Fonds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal,Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal,Inc.

# Lazeon Corp./Daily Jeans

246 W.38th Street Suite 205
New York, NY 10018
Phone(212)738-3580
Fax(212)796-4045

Invoice

| Invoice # | 1949 |
|-----------|------|
| Date | 7-8-2013 |

| Bill To | Ship To |
|---------|---------|
| DEB SHOPS, INC.<br>9401 BLUE GRASS ROAD<br>PHILADELPHIA, PA 19114 | DEB SHOPS, INC.<br>9401 BLUE GRASS ROAD<br>PHILADELPHIA, PA 19114 |

| Account | P.O.No. | Terms | Ship Date | Rep | FOB |
|---------|---------|-------|-----------|-----|-----|
| | 191542 | 3%ROG+30 | 6-11-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|-----------|-------------|-------|------|------|------------|-----------|
| 1000046537 | Denim Jeans JR | 950 dk | 96 | 6 | $10.75 | $1,032.00 |

| | Total | $1,032.00 |
|---|-------|-----------|
| Thank you for your business | | |

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926, CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Fonds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal, Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal, Inc.

# Lazeon Corp./Daily Jeans

246 W.38th Street Suite 205
New York, NY 10018
Phone(212)738-3580
Fax(212)796-4045

**Invoice**

| Invoice # | 1950 |
|-----------|------|
| Date | 7-8-2013 |

| Bill To |
|---------|
| DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD |
| PHILADELPHIA, PA 19114 |

| Ship To |
|---------|
| DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD |
| PHILADELPHIA, PA 19114 |

| Account# | P.O. No. | Terms | Ship Date | Rep | FOB |
|----------|----------|-------|-----------|-----|-----|
| | 191547 | 3%ROG+30 | 6-11-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|-----------|-------------|-------|------|------|------------|-----------|
| 1000046539 | Denim Jeans PL | 950 dk | 1848 | 154 | $11.75 | $21,714.00 |

| Thank you for your business | Total | $21,714.00 |
|-----------------------------|-------|------------|

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926, CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Fonds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal,Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal,Inc.

# Lazeon Corp./Daily Jeans

246 W.38th Street Suite 205
New York, NY 10018
Phone(212)738-3580
Fax(212)796-4045

**Invoice**

| Invoice # | 1951 |
|---|---|
| Date | 7-8-2013 |

| Bill To |
|---|
| DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD |
| PHILADELPHIA, PA 19114 |

| Ship To |
|---|
| DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD |
| PHILADELPHIA, PA 19114 |

| Account# | P.O.No. | Terms | Ship Date | Rep | FOB |
|---|---|---|---|---|---|
| | 191551 | 3%ROG+30 | 6-11-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1000046539 | Denim Jeans PL | 950 dk | 120 | 6 | $11.75 | $1,410.00 |

| | Total | $1,410.00 |
|---|---|---|
| Thank you for your business | | |

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926, CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Fonds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal,Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal,Inc.

# Lazeon Corp./Daily Jeans

| | |
|---|---|
| 246 W.38th Street Suite 205 | |
| New York, NY 10018 | |
| Phone(212)738-3580 | |
| Fax(212)796-4045 | |

**Invoice**

| Invoice # | 1974 |
|---|---|
| Date | 8-2-2013 |

| Bill To | Ship To |
|---|---|
| DEB SHOPS, INC. | DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD | 9401 BLUE GRASS ROAD |
| PHILADELPHIA, PA 19114 | PHILADELPHIA, PA 19114 |

| Account# | P. O. No. | Terms | Ship Date | Rep | FOB |
|---|---|---|---|---|---|
| | 197553 | 3%ROG+30 | 7-16-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 1000049248 | Denim Jeggings JR | 950 DK | 3984 | 332 | $7.25 | $28,884.00 |

| | | |
|---|---|---|
| Thank you for your business | Total | $28,884.00 |

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926, CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Fonds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal,Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal,Inc.

# Lazeon Corp./Daily Jeans

246 W.38th Street Suite 205
New York, NY 10018
Phone(212)738-3580
Fax(212)796-4045

**Invoice**

| Invoice # | 1975 |
|-----------|------|
| Date | 8-2-2013 |

**Bill To**

DEB SHOPS, INC.
9401 BLUE GRASS ROAD
PHILADELPHIA, PA 19114

**Ship To**

DEB SHOPS, INC.
9401 BLUE GRASS ROAD
PHILADELPHIA, PA 19114

| Account# | P.O.No. | Terms | Ship Date | Rep | FOB |
|----------|---------|-------|-----------|-----|-----|
| | 197554 | 3%ROG+30 | 7-16-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|-----------|-------------|-------|------|------|------------|-----------|
| 1000049248 | Denim Jeggings JR | 950 DK | 72 | 6 | $7.25 | $522.00 |

Thank you for your business

| | Total | $522.00 |
|---|-------|---------|

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926, CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Fonds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal,Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal,Inc.

# Lazeon Corp./Daily Jeans

246 W.38th Street Suite 205
New York, NY 10018
Phone(212)738-3580
Fax(212)796-4045

**Invoice**

| Invoice # | 1978 |
|-----------|------|
| Date | 8-2-2013 |

| Bill To |
|---------|
| DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD |
| PHILADELPHIA,PA 19114 |

| Ship To |
|---------|
| DEB SHOPS, INC. |
| 9401 BLUE GRASS ROAD |
| PHILADELPHIA,PA 19114 |

| Account# | P.O.No. | Terms | Ship Date | Rep | FOB |
|----------|---------|-------|-----------|-----|-----|
| | 197556 | 3%ROG+30 | 7-16-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|-----------|-------------|-------|------|------|------------|-----------|
| 1000049250 | Denim Jeggings PL | 950 DK | 2412 | 201 | $8.25 | $19,899.00 |

| Thank you for your business | Total | $19,899.00 |
|-----------------------------|-------|------------|

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926,CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Fonds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal,Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal,Inc.

# Lazeon Corp./Daily Jeans

246 W.38th Street Suite 205
New York, NY 10018
Phone(212)738-3580
Fax(212)796-4045

**Invoice**

| Invoice # | 1979 |
|-----------|------|
| Date | 8-2-2013 |

| Bill To | Ship To |
|---------|---------|
| DEB SHOPS, INC.<br>9401 BLUE GRASS ROAD<br>PHILADELPHIA, PA 19114 | DEB SHOPS, INC.<br>9401 BLUE GRASS ROAD<br>PHILADELPHIA, PA 19114 |

| Account# | P.O.No. | Terms | Ship Date | Rep | FOB |
|----------|---------|-------|-----------|-----|-----|
| | 197557 | 3%ROG+30 | 7-16-2013 | DS | DYNAMIC |

| Style No. | Description | Color | Pcs. | Ctn. | Unit Price | Extension |
|-----------|-------------|-------|------|------|-----------|-----------|
| 1000049250 | Denim Jeggings PL | 950 DK | 120 | 6 | $8.25 | $990.00 |

| Thank you for your business | | Total | $990.00 |
|---|---|---|---|

This account and the merchandise it represents has been assigned to and is PAYABLE ONLY to:

ROSENTHAL & ROSENTHAL, INC.

P.O.BOX 88926, CHICAGO, ILLINOIS 60695-1926

Make check payable as above in United States Funds and indicate name of seller.

Any Claims againt this invoice must be made promptly in writing to Rosenthal & Rosenthal, Inc.,

specifying details

No return of adjustment will be recognized without the written consent of Rosenthal & Rosenthal, Inc.

SCHEDULE OF ASSIGNMENTS
STAR FUNDING, INC.
237 WEST 37TH STREET, 5TH FLOOR
NEW YORK, N.Y.  10018

| LAZEON CORP. | 2013-7-8 | 751 |
|---|---|---|
| NAME OF CLIENT | DATE: | SCHEDULE NUMBER |

| CREDIT APPROVAL NUMBER | NAME OF DEBTORS | ADDRESS (Street, City, State) | DATE OF INVOICE | INVOICE NUMBER | TERMS | AMOUNT OF INVOICE |
|---|---|---|---|---|---|---|
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1948 | 3%ROG+30 | $26,574.00 |
| | Deb Shops | Philadelphia  PA | 2013-7-8 | 1949 | 3%ROG+30 | $1,032.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1950 | 3%ROG+30 | $21,714.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1951 | 3%ROG+30 | $1,410.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1952 | 3%ROG+30 | $27,219.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1953 | 3%ROG+30 | $1,032.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1954 | 3%ROG+30 | $26,316.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1955 | 3%ROG+30 | $1,032.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1956 | 3%ROG+30 | $21,432.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1957 | 3%ROG+30 | $1,410.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1958 | 3%ROG+30 | $10,068.50 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1959 | 3%ROG+30 | $9,847.50 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1960 | 3%ROG+30 | $9,984.00 |
| | Deb Shops | Philadelphia PA | 2013-7-8 | 1961 | 3%ROG+30 | $9,675.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL: | $168,746.00 |

FOR VALUE RECEIVED, WE HAVE SOLD, TRANSFERRED AND ASSIGNED, AND DO HEREBY SELL, TRANSFER AND ASSIGN TO STAR FUNDING, INC. THEIR SUCCESSORS AND ASSIGNS, COLLECTIVELY REFERRED TO AS (STAR FUNDING), THE CLAIMS AND ACCOUNTS RECEIVABLE REPRESENTED BY THE INVOICES AND/OR CHARGE TICKETS LISTED ABOVE, AND ALL OUR RIGHT TITLE AND INTEREST IN AND TO THE SAME AND IN AND TO THE MERCHANDISE THEREIN DESCRIBED OR REFERRED TO, WITH FULL POWER TO STAR FUNDING IN ITS AND/OR OUR NAME TO COLLECT THE ABOVE LISTED CLAIMS AND ACCOUNTS RECEIVABLE, TO RECEIVE ALL MONEY'S DUE OR TO GROW DUE THEREON, TO DEMAND, SUE, COMPROMISE, PLEDGE, DISCHARGE, ASSIGN AND TRANSFER THE SAID CLAIMS AND ACCOUNTS RECEIVABLE OF ANY PART THEREOF, AND TO SELL SAID MERCHANDISE OR ANY PART THEREOF, AT PUBLIC OR PRIVATE SALE WITHOUT NOTICE, AND STAR FUDNING ITSELF MAY BECOME THE PURCHASER AT ANY SUCH SALE. THIS ASSIGNMENT IS MADE IN CONFIRMATION OF THE TITLE OF STAR FUNDING AND IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE FACTORING AGREEMENT AND ANY SUPPLEMENTS OF RIDERS THERETO BETWEEN THE UNDERSIGNED AND STAR FUNDING.

CLIENT _____

DATE ____2013-7-8_____     AUTHORIZED SIGNATURE     _____

| GROSS | DISCOUNT | NET | APPROVED |
|---|---|---|---|
| | | | |

SCHEDULE OF ASSIGNMENTS
STAR FUNDING, INC.
237 WEST 37TH STREET, 5TH FLOOR
NEW YORK, N.Y. 10018

| LAZEON CORP. | 2013-8-2 | 754 |
|---|---|---|
| NAME OF CLIENT | DATE: | SCHEDULE NUMBER |

| CREDIT APPROVAL NUBMER | NAME OF DEBTORS | ADDRESS (Street, City, State) | DATE OF INVOICE | INVOICE NUMBER | TERMS | AMOUNT OF INVOICE |
|---|---|---|---|---|---|---|
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1972 | 3%ROG+30 | $28,884.00 |
| | Deb Shops | Philadelphia  PA | 2013-8-2 | 1973 | 3%ROG+30 | $522.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1974 | 3%ROG+30 | $28,884.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1975 | 3%ROG+30 | $522.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1976 | 3%ROG+30 | $20,394.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1977 | 3%ROG+30 | $990.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1978 | 3%ROG+30 | $19,899.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1979 | 3%ROG+30 | $990.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1980 | 3%ROG+30 | $28,350.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1981 | 3%ROG+30 | $900.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1982 | 3%ROG+30 | $27,846.00 |
| | Deb Shops | Philadelphia PA | 2013-8-2 | 1983 | 3%ROG+30 | $1,530.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL: | $159,711.00 |

FOR VALUE RECEIVED, WE HAVE SOLD, TRANSFERRED AND ASSIGNED, AND DO HEREBY SELL, TRANSFER AND ASSIGN TO STAR FUNDING, INC. THIER SUCCESSORS AND ASSIGNS, COLLECTIVELY REFERRED TO AS (STAR FUNDING), THE CLAIMS AND ACCOUNTS RECEIVABLE REPRESENTED BY THE INVOICES AND/OR CHARGE TICKETS LISTED ABOVE, AND ALL OUR RIGHT TITLE AND INTEREST IN AND TO THE SAME AND IN AND TO THE MERCAHNDISE THEREIN DESCRIBED OR REFERRED TO, WITH FULL POWER TO STAR FUNDING IN ITS AND/OR OUR NAME TO COLLECT THE ABOVE LISTED CLAIMS AND ACCOUNTS RECEIVABLE, TO RECEIVE ALL MONEY'S DUE OR TO GROW DUE THEREON, TO DEMAND, SUE, COMPROMISE, PLEDGE, DISCHARGE, ASSIGN AND TRANSFER THE SAID CLAIMS AND ACCOUNTS RECEIVABLE OF ANY PART THEREOF, AND TO SELL SAID MERCHANDISE OR ANY PART THEREOF, AT PUBLIC OR PRIVATE SALE WITHOUT NOTICE, AND STAR FUDNING ITSELF MAY BECOME THE PURCHASER AT ANY SUCH SALE. THIS ASSIGNMENT IS MADE IN CONFIRMATION OF THE TITLE OF STAR FUNDING AND IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE FACTORING AGREEMENT AND ANY SUPPLEMENTS OF RIDERS THERETO BETWEEN THE UNDERSIGNED AND STAR FUNDING.

CLIENT _____

DATE ____2013-8-2_____        AUTHORIZED SIGNATURE        _____

| GROSS | DISCOUNT | NET | APPROVED |
|---|---|---|---|
| | | | |