UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

SWEET PEOPLE APPAREL, INC.,
d/b/a MISS ME,

          Plaintiff,

-against-

LAZEON CORP., et. al.,

          Defendants.

------------------------------------------------------X

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 01/12/16

14-CV-1647 (KMW) (DCF)
**ORDER OF REFERENCE
TO MAGISTRATE
JUDGE FREEMAN**

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

___ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

___ Specific Non-Dispositive
    Motion/Dispute:

    _____
    _____
    _____

    If referral is for discovery disputes
    when the District Judge is unavailable,
    the time period of the
    referral:_____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. § 636(c) for
    all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for
    limited purpose (e.g. dispositive motion,
    preliminary injunction)
    Purpose: _____

___ Habeas Corpus

___ Social Security

**X** Dispositive Motion (i.e. motion
    requiring Report and Recommendation)
    Particular Motion: **Motion for Default
    Judgment [Doc. No. 24] and any
    application for fees that Plaintiff
    wishes to submit**

    All such motions: _____

DATED:    New York, New York
            January 12, 2015

                           SO ORDERED:

                           _Kimba M. Wood_
                             Kimba M. Wood
                     United States District Judge